# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135370

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SPENCER OWEN YOUNG,
     Defendant-Appellant.

SC: 135370
COA: 279222
Ingham CC: 88-058416-FC

_____/

On order of the Court, the application for leave to appeal the October 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would remand this case to the trial court for DNA testing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2008

_____
Clerk

d0416